AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

United States Courts
Southern District of Texas
FILED
*October 29, 2026*
Nathan Ochsner, Clerk of Court

United States of America
v
Jose Luis Campos-Martinez
*Defendant(s)*

Case No. **4:26-mj-699**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 28, 2026 in the county of Harris in the Southern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326 (a) and (b) | a native and citizen of Mexico, and an alien who had been previously deported from the United States, was found unlawfully in the United States, the said defendant having not obtained the consent before March 2003 from the Attorney General of the United States to reapply for admission into the United States; and without having obtained corresponding consent after February 2003 from the Secretary of Homeland Security pursuant to 6 U.S.C. §§ 202(3) and (4) and 6 U.S.C. § 557, |

This criminal complaint is based on these facts:

See Attached Affidavit in support of the Criminal Complaint

☑ Continued on the attached sheet.

*Complainant's signature*

Charles Harris, ICE Deportation Officer
*Printed name and title*

Sworn to me telephonically.

Date: 10/29/2026

*Judge's signature*

City and state: Houston, Texas

Hon. Yvonne Y. Ho, United States Magistrate Judge
*Printed name and title*

4:26-mj-699

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Charles Harris, being duly sworn by telephone, hereby depose and say:

(1) I am a Deportation Officer with the United States Immigration and Customs Enforcement ("ICE") Enforcement and Removal Operations ("ERO") and have served in that capacity since December 15, 2025.

(2) On October 28, 2026, ICE ERO was made aware of the unlawful presence of CAMPOS-MARTINEZ, JOSE LUIS (hereinafter Defendant), in the United States as a result of being contacted by the Texas Department of Public Safety Trooper in regard to a traffic stop. On October 28, 2026, the Defendant was placed into ICE custody and transported to the Montgomery Processing Center. On October 29, 2026, the Defendant was identified as being amenable to prosecution for violation of 8 U.S.C. § 1326(a) and (b).

(3) Based upon the information from ICE's records as described below, and my training and experience, I submit that there is probable cause to believe that the Defendant is in violation of 8 U.S.C. § 1326(a) and (b).

(4) The Defendant's fingerprints have been taken and electronically submitted to various law enforcement databases. According to the Integrated Automated Fingerprint Identification System (IAFIS), the Defendant is the same individual as the person referred to in this Affidavit as having been previously deported and convicted.

(5) Element One: The Defendant is a citizen and national of Mexico and not a native, citizen, or national of the United States.

(6) Element Two: The Defendant has previously been deported or removed from the United States on the following occasion(s):

a. 07/31/2024
b. 12/15/2023
c. 09/15/2023
d. 11/03/2008

(7) Element Three: After deportation, the Defendant was subsequently found in the United States on October 28, 2026, in Harris County, Texas, which is within the Houston Division of the Southern District of Texas. Additionally, I consulted with ICE's Law Enforcement Support Center ("LESC") to determine whether, in the past five years and after the Defendant's last deportation, the Defendant had been encountered by law enforcement prior to the date specified earlier in the paragraph. On October 29, 2026, LESC advised me that it had no record of such an encounter

(8) Element Four: The Defendant did not have permission to re-enter the United States. On October 29, 2026, I reviewed the contents of the Alien File associated with this Defendant and/or available database information. I found no indication that the Defendant has ever received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, to apply for admission to the United States following deportation from the United States.

(9) The Defendant has the following prior criminal history and/or gang affiliation:

a. On June 06, 2024, the Defendant was convicted in the United States District Court, Southern District of Texas, Holding Session in Laredo for RE-ENTRY OF A DEPORTED ALIEN AND VIOLATION OF STANDARD CONDITION ORDERING THE DEFENDANT NOT TO RETURN TO THE UNITED STATES ILLEGALLY, Case No. 5:24CR180. For this offense, a felony, the Defendant was sentenced to 7 months confinement.

b. On December 13, 2023, the Defendant was convicted in the United States District Court, Western District of Texas, San Antonio Division for ILLEGAL RE-ENTRY INTO THE UNITED STATES, Case No, 5:23CR538. For this offense, a felony, the Defendant was sentenced to Timed Served.

c. On October 08, 2008, the Defendant was convicted in the County Criminal Court at Law no. 10 of Harris County, Texas for POSS OF MARIJUANA 1-2 OZ, Cause No. 1553462. For this offense, a misdemeanor, the Defendant was sentenced to 15 days in Harris County Jail.

d. On November 22, 2004, the Defendant was convicted in the County Criminal Court at Law No. 5 of Harris County, Texas for POSSESSION OF MARIJUANA 0-2 OZ, Cause No 1267444. For this offense, a misdemeanor, the Defendant was sentenced to 15 days confinement.

e. On March 28, 2003, the Defendant was convicted in the County Criminal Court at Law No. 13 of Harris County, Texas for POSS OF MARIJUANA 1-2 OZ, Cause No. 1164997. For this offense, a misdemeanor, the Defendant was sentenced to 10 days in Harris County Jail.

On October 29, 2026, I contacted the U.S. Attorney's Office, Southern District of Texas, Houston Division, concerning this criminal complaint. On or about that day, Assistant U.S. Attorney Lauren Valenti accepted this case for prosecution for a violation of 8 U.S.C. § 1326(a) and (b).

Charles Harris
Deportation Officer
United States Department of Homeland Security
U.S. Immigration & Customs Enforcement

Signed and sworn telephonically before me this 29th day of October 2026, and I find probable cause.

Hon. Yvonne Y. Ho
United States Magistrate Judge
Southern District of Texas